Donald Warren LAWRENCE, Appellant,

v.

Charles HAUGH, Warden of Iowa Men's Reformatory, Anamosa, Iowa, and State of Iowa, Appellee.

No. 56324.

Supreme Court of Iowa.

Dec. 19, 1973.

Daniel J. Spellman, Perry, for appellant.

Richard C. Turner, Atty. Gen., Thomas D. McGrane, Asst. Atty. Gen., and Coral F. Greenfield, County Atty., for appellee.

Heard by MOORE, C. J., and Le-GRAND, UHLENHOPP, REYNOLD-SON and McCORMICK, JJ.

PER CURIAM:

As requested in his petition for postconviction relief, Donald Warren Lawrence was afforded a full evidentiary review of the revocation of his probation. Revocation was again ordered. Petitioner appeals.

Affirmed, see rule 348.1, Rules of Civil Procedure.

STATE of Iowa, Appellee,

v.

Kenneth J. STILL, Appellant.

No. 56247.

Supreme Court of Iowa.

Dec. 19, 1973.

Peters, Campbell & Pearson, Council Bluffs, for appellant.

Richard C. Turner, Atty. Gen., Theodore R. Boecker, Asst. Atty. Gen., and Lyle A. Rodenburg, County Atty., for appellee.

Submitted to MOORE, C. J., and Le-GRAND, UHLENHOPP, REYNOLD-SON and McCORMICK, JJ.

PER CURIAM:

Defendant appeals from judgment on jury verdict finding him guilty of larceny of a motor vehicle, § 321.82, The Code.

Affirmed, see rule 348.1.